OFFICE COPY

08 CV 03042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AT&T COMMUNICATIONS OF NEW
YORK, INC., and TELEPORT
COMMUNICATIONS GROUP INC.,

Plaintiff,

-v-

BROADVIEW NETWORKS HOLDINGS,
INC., BROADVIEW NETWORKS, INC.,
and EUREKA TELECOM, INC.,

Defendant.

Case No. _____

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__AT&T Communications of New York, Inc. and Teleport Communications Group, Inc.__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

AT&T Communications of New York, Inc. and Teleport Communications Group Inc. are not publicly traded companies. AT&T Communications of New York, Inc. and Teleport Communications Group Inc. are subsidiaries of AT&T Inc., which is a publicly traded company. No person or group owns 10% or more of the stock of AT&T Inc.

**Date:** March 25, 2008

Signature of Attorney

**Attorney Bar Code:** JD 9056

Form Rule7_1.pdf  SDNY Web 10/2007