UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AT&T COMMUNICATIONS OF NEW YORK, :
INC. and TELEPORT COMMUNICATIONS :
GROUP INC., : 08 CV 3042 (SAS)
                Plaintiffs, :
: **AFFIDAVIT OF SERVICE**
      v. :
:
BROADVIEW NETWORKS HOLDINGS, INC., :
BROADVIEW NETWORKS, INC. and EUREKA :
TELECOM, INC., :
                Defendants. :
:
------------------------------------------------------------X

STATE OF NEW YORK   )
                          :ss.:
COUNTY OF NEW YORK )

    DELISHA T. POWELL, being duly sworn, deposes and says:

    1.    I am over 18 years of age, not a party to this action, and am employed by the firm of Mayer Brown LLP, attorneys for the plaintiffs.

    2.    On the 26th day of March, 2008 at approximately 11:50a.m. I personally served the **SUMMONS IN A CIVIL ACTION** and **COMPLAINT** upon Broadview Networks, Inc. and Broadview Networks Holdings, Inc., located at 800 Westchester Avenue, Suite N-501, Rye Brook, New York 10573 by leaving true copies of said documents with Juline White, Regulatory Analyst, who stated that she was authorized to accept service on behalf of Broadview Networks, Inc. and Broadview Networks Holdings, Inc.

3.  Ms. White may be described as a black female, approximately 30-35 years of age, approximately 5'2" in height, approximately 125 lbs and long black hair.

*Delisha T. Powell*

Sworn to before me this
27th day of March, 2008

_____
Notary Public

JOHN A. MARSALA
Notary Public, State of New York
No. 01MA4746064
Qualified in New York County
Commission Expires April 30, 20 11