UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

AT&T COMMUNICATIONS OF NEW
YORK, INC., and TELEPORT
COMMUNICATIONS GROUP INC.,

           Plaintiffs,

vs.

BROADVIEW NETWORKS HOLDINGS,
INC., BROADVIEW NETWORKS, INC., and
EUREKA TELECOM, INC.,

           Defendants.

----------------------------------------------------------x

08CV3042 (SAS)

Case No. 03CV03042 (SAS)



## STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties hereto, that the last day for defendants Broadview Networks Holdings, Inc., Broadview Networks, Inc., and Eureka Telecom, Inc. to answer, move or otherwise respond to the complaint in the above-captioned matter shall be, and hereby is, extended to and including May 29, 2008.

Dated:    New York, New York
           April 11, 2008

MAYER BROWN LLP

_____
Joseph De Simone
1676 Broadway
New York, New York 10019
(212) 506-2559
(212) 262-1910 facsimile
jdesimone@mayerbrown.com
*Attorney for Plaintiffs*

BINGHAM McCUTCHEN LLP

_____
Jessica S. Boar
399 Park Avenue
New York, New York 10022
(212) 705-7000
(212) 752-5378 facsimile
jessica.boar@bingham.com
*Attorneys for Defendants*

SO ORDERED:

_____
Shira A. Scheindlin, U.S. D. J.

4/14/08

A/72499866.1