UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

AT&T COMMUNICATIONS OF NEW YORK, INC., and TELEPORT COMMUNICATIONS GROUP INC., :

            Plaintiffs,

vs.

BROADVIEW NETWORKS HOLDINGS, INC., BROADVIEW NETWORKS, INC., and EUREKA TELECOM, INC.,

           Defendants.

-----------------------------------------------------------x

No. 08 Civ. 3042(SAS)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Joshua A. Kamen of the law firm of Mayer Brown LLP hereby appears as counsel for Plaintiffs AT&T Communications of New York, Inc. and Teleport Communications Group, Inc. in this action and requests that all subsequent papers be served upon him at the following address:

    Joshua A. Kamen, Esq.
    Mayer Brown LLP
    1675 Broadway
    New York, New York 10026
    Tel.:  (212) 506-2297
    Fax:  (212) 849-5897
    E-mail: jkamen@mayerbrown.com

Dated: May 19, 2008
       New York, New York

                         MAYER BROWN LLP

                         By:  _s/Joshua A. Kamen_____
                            Joshua A. Kamen
                            Mayer Brown LLP
                            1675 Broadway
                            New York, New York 10026
                            Tel.:  (212) 506-2297
                            Fax:  (212) 849-5897