UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

AT&T COMMUNICATIONS OF NEW
YORK, INC., and TELEPORT
COMMUNICATIONS GROUP INC.,

            Plaintiffs,

vs.

BROADVIEW NETWORKS HOLDINGS,
INC., BROADVIEW NETWORKS, INC., and
EUREKA TELECOM, INC.,

            Defendants.
------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

Case No. 08-CV-08042 (SAS)

**PROPOSED ORDER GRANTING
ADMISSION OF VISITING
ATTORNEYS *PRO HAC VICE***

THIS MATTER HAVING been brought before the United States District Court for the Southern District of New York in accordance with the Individual Rules and Procedures of the Honorable Shira A Schiendlin and there being no opposition to the application by Defendants Broadview Networks Holdings, Inc., Broadview Networks, Inc. and Eureka Telecom, Inc. (collectively, "Defendants"),

IT IS on this __19__ day of __May__, 2008

ORDERED that Eric J. Branfman, a member in good standing of the bar of the District of Columbia and Joshua M. Bobeck, a member in good standing of the bars of the District Columbia, the State of New York and the State of New Jersey, be admitted as a visiting attorneys *pro hac vice* to participate in all proceedings relative to the above-captioned matter on behalf of Defendants.

                                                             _____
                                                             Honorable Shira A. Schiendlin, U.S.D.J.