Jessica S. Boar (JD 5755)
BINGHAM MCCUTCHEN, LLP
399 Park Avenue
New York, NY 10022
(212) 705-7258
Jessica.boar@bingham.com

Eric J. Branfman (admitted *pro hac vice*)
Joshua M. Bobeck (admitted *pro hac vice*)
BINGHAM MCCUTCHEN, LLP
2020 K Street, N.W.
Washington, D.C. 20006
(202) 373-6000
Eric.branfman@bingham.com
Josh.bobeck@bingham.com
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AT&T COMMUNICATIONS OF NEW YORK, INC., and TELEPORT COMMUNICATIONS GROUP INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BROADVIEW NETWORKS HOLDINGS, INC., BROADVIEW NETWORKS, INC., and EUREKA TELECOM, INC., <br><br> Defendants. | Civil Action No. 08-CV-03042 (SAS) <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Broadview Networks Holdings, Inc., Broadview Networks, Inc. and Eureka Telecom, Inc. (each a "Defendant" and collectively, "Defendants") hereby identify the following

A/72551517.1

parent corporation(s) and any publicly held corporation that owns 10% or more of each Defendant:

<u>Broadview Network Holdings, Inc.</u>

    MCG Capital Corporation

<u>Broadview Networks, Inc.</u>

    Broadview Network Holdings, Inc.

    MCG Capital Corporation

<u>Eureka Telecom, Inc.</u>

    Broadview Network Holdings, Inc.

    MCG Capital Corporation

Dated:  May 29, 2008

                     **BINGHAM MCCUTCHEN LLP**

                     By: <u>/s/Jessica S. Boar</u>
                         Jessica S. Boar (JD 5755)
                         399 Park Avenue
                         New York, NY 10022
                         (212) 705-7258
                         Jessica.boar@bingham.com

                         Eric J. Branfman (admitted *pro hac vice*)
                         Joshua M. Bobeck (admitted *pro hac vice*)
                         BINGHAM MCCUTCHEN, LLP
                         2020 K Street, N.W.
                         Washington, D.C. 20006
                         (202) 373-6000
                         Eric.branfman@bingham.com
                         Josh.bobeck@bingham.com
                         Attorneys for Defendants

A/72551517.1