UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x

AT&T COMMUNICATIONS OF NEW
YORK, INC., and TELEPORT                    :        No. 08 Civ. 3042(SAS)
COMMUNICATIONS GROUP INC.,                  :

                    Plaintiffs,             :        **ORDER TRANSFERRING**
          vs.                               :        **CASE TO SUSPENSE**
                                            :        **DOCKET**
BROADVIEW NETWORKS HOLDINGS,                :
INC., BROADVIEW NETWORKS, INC., and         :
EUREKA TELECOM, INC.,                       :

                    Defendants.             :        DOC #: _____
----------------------------------------------------------x        DATE FILED: 7/3/08

          This Court having been advised by the Defendants that they intend to file a

petition for declaratory ruling with the New York Public Service Commission, seeking a

determination whether Defendants are obligated to pay access charges to Plaintiffs for

terminating toll traffic within a "local access transport area," and no party objecting to a

stay of this case while the New York Public Service Commission considers Defendants'

anticipated petition

          IT IS HEREBY ORDERED THAT the above-referenced case is hereby

transferred to the suspense docket pending the New York Public Service Commission's

consideration of Defendants' anticipated petition.

                                                     SO ORDERED,


                                                     _____
                                                     SHIRA A. SCHEINDLIN
                                                     United States District Judge

Dated: New York, New York
       July 3, 2008

NYDB01 17513466.2 19-May-08 16:26